# LAW OFFICES OF ERIC A. SHORE

*President/Founder*
Eric A. Shore ◇

Two Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Phone: 215-627-9999
Fax: 215-627-9426

20 Brace Road, Suite 325
Cherry Hill, NJ 08034
Phone: 856-761-1222
Fax: 856-427-4008

**1-800-CANT-WORK**

*Associates*

Graham F. Baird ◇
Mark Bittner ☐✦
Lisa Cunningham ✦
Dennis J. Gruenke ◇△
Steven Jarvis ◇
Mary LeMieux-Fillery ◇
Linda M. Lopez ◇
Briana Pearson-Prout ○
Kathleen Redpath-Perez ☐
Charles M. Scott ○
Valerie C. Shore ☐

◇PA ☐NJ ◇PA&NJ △MD ✦NY

August 11, 2023

**Via Certified Mail**
Boonswang Law Firm
1500 Sansom St #200
Philadelphia, PA 19102

**Briana Lynn Pearson, Esquire**
Direct Dial 215-944-6113
Direct Telefax (215) 944-6124
BrianaP@ericshore.com

Re:    Jennifer Kieu v.  Boonswang Law Firm

To Whom it May Concern:

Enclosed please find the Civil Complaint filed in Philadelphia Court.

Thank you for your time. I look forward to hearing from you.

Yours truly,

LAW OFFICES OF ERIC A. SHORE

Briana Lynn Pearson, Esquire

BLP/vh
Enclosure: Complaint

THE LAW OFFICES OF ERIC A. SHORE
By:  Briana Lynn Pearson, Esquire
Attorney ID No. 327007
Two Penn Center, Suite 1240, 1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Phone: 215-627-9999
Fax: 215-627-9426
Email: brianap@ericshore.com
*Attorneys for Plaintiff*



Filed and Attested by the
Office of Judicial Records
09 AUG 2023 03:14 pm
S. RICE

| | | |
|---|---|---|
| Jennifer Kieu<br>1342 Wagner Ave, Apt 2f<br>Philadelphia, PA 19141 | : | COURT OF COMMON PLEAS |
| | : | |
| | : | PHILADELPHIA COUNTY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 230502189 |
| | : | |
| Boonswang Law Firm<br>1500 Sansom St #200<br>Philadelphia, PA 19102 | : | |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal. |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333   TTY (215) 451-6197 | Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E Informacion Legal<br>One Reading Center, Filadelfia, Pennsylvania 19107<br>(215) 238-6333   TTY (215) 451-6197 |

THE LAW OFFICES OF ERIC A. SHORE
By: Briana Lynn Pearson, Esquire
Attorney ID No. 327007
Two Penn Center, Suite 1240, 1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Phone: 215-627-9999
Fax: 215-627-9426
Email: brianap@ericshore.com
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Jennifer Kieu<br>1342 Wagner Ave, Apt 2f<br>Philadelphia, PA 19141 | : <br> : <br> : <br> : | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY |
| Plaintiff, | : <br> : | |
| v. | : <br> : | No.: 230502189 |
| Boonswang Law Firm<br>1500 Sansom St #200<br>Philadelphia, PA 19102 | : <br> : <br> : | |

## CIVIL ACTION COMPLAINT

Plaintiff Jennifer Kieu for her complaint alleges as follows:

## I. INTRODUCTION AND PARTIES.

1.     This is an action under the Americans with Disabilities Act (ADA) and the Rehabilitation Act for discriminatory termination of Plaintiff Jennifer Kieu (hereinafter, "Plaintiff") by her employer, Boonswang Law Firm (hereinafter, "Defendant").

2.     At all times relevant herein, Plaintiff, Jennifer Kieu, is an adult individual residing at the above address.

3.     Defendant, Boonswang Law Firm, (hereinafter "Defendant" or "Boonswang") is a corporation organized and registered to do business in Pennsylvania, with a principle place of business at the above address.

2

Case ID: 230502189

4.      Venue is proper because all of the acts and/or omissions occurred in Philadelphia, PA.

**II. Operative Facts.**

5.      On or about November 14, 2022, Boonswang Law Firm's ("Defendant") hired Ms. Jennifer Kieu ("Plaintiff") as an Intake Coordinator. Ms. Kieu performed all duties asked of her without any complaints or issues.

6.      Plaintiff suffers from multiple medical conditions, including kidney and skin issues, necessitating medical visits three times a week.

7.      These medical visits were scheduled during her lunch break, to minimize disruption to her work schedule.

8.      In or around November of 2022, Plaintiff was ten minutes late from a medical visit due to circumstances beyond her control.

9.      At that time, Plaintiff disclosed to Defendant her multiple medical conditions and the need for her to attend doctor appointments during her lunch breaks.

10.     Shortly after disclosing her medical conditions, Defendant commenced efforts to manage Plaintiff out of her position.

11.     Less than three months following this disclosure on January 16, 2023, Plaintiff was terminated under pretextual reasons.

12.     As a direct and proximate result of Defendant's conduct, Plaintiff sustained great economic loss, future lost earning capacity, lost opportunity, loss of future wages and earnings, as well as emotional distress, humiliation, pain and suffering, personal injury damages and other damages as set forth below.

Case ID: 230502181

**III. Causes of Action.**

**COUNT I**
**TITLE I CLAIM--AMERICANS WITH DISABILITIES ACT**
**ANTIDISCRIMINATION**
**(42 U.S.C.A. § 12101 et seq)**

13.     Plaintiff re-alleges and incorporates by reference all previous paragraphs.

14.     The Plaintiff is a qualified individual with a disability within the meaning of the ADA and the Rehabilitation Act.

15.     The ADA and the Rehabilitation Act prohibit employers from discriminating against qualified individuals with disabilities.

16.     The Defendant engaged in discriminatory practices by starting to manage Plaintiff out soon after the disclosure of her medical conditions.

17.     Plaintiff was wrongfully terminated by the Defendant under the pretext of reasons that are not lawful reasons for termination under the ADA and the Rehabilitation Act.

**COUNT II**
**VIOLATION OF PENNSYLVANIA HUMAN RELATIONS**
**DISABILITY DISCRIMINATION**
**(43 P.S. § 951, et seq.)**

18.     Plaintiff incorporates the preceding paragraphs as if fully set forth at length herein.

19.     At all times material hereto, and pursuant to the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq, an employer may not discriminate against an employee as a result of that employee's disability.

20.     Plaintiff is a qualified employee and person within the definition of Pennsylvania Human Relations Act, 43 P.S. § 951, et seq.

4

Case ID: 230502181

21.     Defendant is Plaintiff's "employer" and thereby subject to the strictures of the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq.

22.     Defendant's conduct in terminating Plaintiff is an adverse action, was taken as a result of her disability and constitutes a violation of the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq.

23.     As a proximate result of Defendant's conduct, Plaintiff sustained significant damages, including but not limited to: great economic loss, future lost earning capacity, lost opportunity, loss of future wages, loss of front pay, loss of back pay, as well as emotional distress, mental anguish, humiliation, pain and suffering, consequential damages and Plaintiff has also sustained work loss, loss of opportunity and a permanent diminution of her earning power and capacity and a claim is made therefore.

24.     As a result of the conduct of Defendant's owners/management, Plaintiff hereby demands punitive damages.

25.     Pursuant to the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq., Plaintiff demands attorney's fees and court costs.

**WHEREFORE,** Plaintiff, Jennifer Kieu, demands judgment in her favor and against Defendant, Boonswang Law Firm, in an amount in excess of $150,000.00 together with:

A.   Compensatory damages, including but not limited to: back pay, front pay, past lost wages, future lost wages. Lost pay increases, lost pay incentives, lost opportunity, lost benefits, lost future earning capacity, injury to reputation, mental and emotional distress, pain and suffering

B.   Punitive damages;

C.   Attorneys' fees and costs of suit;

5

Case ID: 230502181

D.  Interest, delay damages; and,

E.  Any other further relief this Court deems just proper and equitable.

**LAW OFFICES OF ERIC A. SHORE, P.C.**

Date: August 9, 2023                    BY:      /s/ Briana Lynn Pearson, Esquire
                                                 BRIANA LYNN PEARSON, ESQUIRE
                                                 (P.A. ID 327007)
                                                 Two Penn Center, Suite 1240
                                                 1500 John F. Kennedy Boulevard
                                                 Philadelphia, PA 19102
                                                 Telephone: 215-944-6113
                                                 Telefax: 215-627-9426
                                                 Email: brianap@ericshore.com
                                                 *Attorney for Plaintiff, Jennifer Kieu*

THE LAW OFFICES OF ERIC A. SHORE
By:  Briana Lynn Pearson, Esquire
Attorney ID No. 327007
Two Penn Center, Suite 1240, 1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Phone: 215-627-9999
Fax: 215-627-9426
Email: brianap@ericshore.com
*Attorneys for Plaintiff*



Filed and Attested by the
Office of Judicial Records
09 AUG 2023 03:14 pm
S. RICE

| | | |
|---|---|---|
| Jennifer Kieu | : | COURT OF COMMON PLEAS |
| 1342 Wagner Ave, Apt 2f | : | |
| Philadelphia, PA 19141 | : | |
| | : | PHILADELPHIA COUNTY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 230502189 |
| | : | |
| Boonswang Law Firm | : | |
| 1500 Sansom St #200 | : | |
| Philadelphia, PA 19102 | : | |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. | Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal. |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333   TTY (215) 451-6197 | Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E Informacion Legal<br>One Reading Center, Filadelfia, Pennsylvania 19107<br>(215) 238-6333  TTY (215) 451-6197 |

THE LAW OFFICES OF ERIC A. SHORE
By:  Briana Lynn Pearson, Esquire
Attorney ID No. 327007
Two Penn Center, Suite 1240, 1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Phone: 215-627-9999
Fax: 215-627-9426
Email: brianap@ericshore.com
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Jennifer Kieu | : | COURT OF COMMON PLEAS |
| 1342 Wagner Ave, Apt 2f | : | |
| Philadelphia, PA 19141 | : | |
| | : | PHILADELPHIA COUNTY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 230502189 |
| | : | |
| Boonswang Law Firm | : | |
| 1500 Sansom St #200 | : | |
| Philadelphia, PA 19102 | : | |

## CIVIL ACTION COMPLAINT

Plaintiff Jennifer Kieu for her complaint alleges as follows:

## I.  INTRODUCTION AND PARTIES.

1.      This is an action under the Americans with Disabilities Act (ADA) and the

Rehabilitation Act for discriminatory termination of Plaintiff Jennifer Kieu (hereinafter,

"Plaintiff") by her employer, Boonswang Law Firm (hereinafter, "Defendant").

2.      At all times relevant herein, Plaintiff, Jennifer Kieu, is an adult individual residing

at the above address.

3.      Defendant, Boonswang Law Firm, (hereinafter "Defendant" or "Boonswang") is a

corporation organized and registered to do business in Pennsylvania, with a principle place of

business at the above address.

2

Case ID: 230502189

4.     Venue is proper because all of the acts and/or omissions occurred in Philadelphia, PA.

**II. Operative Facts.**

5.     On or about November 14, 2022, Boonswang Law Firm's ("Defendant") hired Ms. Jennifer Kieu ("Plaintiff") as an Intake Coordinator. Ms. Kieu performed all duties asked of her without any complaints or issues.

6.     Plaintiff suffers from multiple medical conditions, including kidney and skin issues, necessitating medical visits three times a week.

7.     These medical visits were scheduled during her lunch break, to minimize disruption to her work schedule.

8.     In or around November of 2022, Plaintiff was ten minutes late from a medical visit due to circumstances beyond her control.

9.     At that time, Plaintiff disclosed to Defendant her multiple medical conditions and the need for her to attend doctor appointments during her lunch breaks.

10.     Shortly after disclosing her medical conditions, Defendant commenced efforts to manage Plaintiff out of her position.

11.     Less than three months following this disclosure on January 16, 2023, Plaintiff was terminated under pretextual reasons.

12.     As a direct and proximate result of Defendant's conduct, Plaintiff sustained great economic loss, future lost earning capacity, lost opportunity, loss of future wages and earnings, as well as emotional distress, humiliation, pain and suffering, personal injury damages and other damages as set forth below.

Case ID: 230502189

**III. Causes of Action.**

**COUNT I**
**TITLE I CLAIM--AMERICANS WITH DISABILITIES ACT**
**ANTIDISCRIMINATION**
**(42 U.S.C.A. § 12101 et seq)**

13.     Plaintiff re-alleges and incorporates by reference all previous paragraphs.

14.     The Plaintiff is a qualified individual with a disability within the meaning of the ADA and the Rehabilitation Act.

15.     The ADA and the Rehabilitation Act prohibit employers from discriminating against qualified individuals with disabilities.

16.     The Defendant engaged in discriminatory practices by starting to manage Plaintiff out soon after the disclosure of her medical conditions.

17.     Plaintiff was wrongfully terminated by the Defendant under the pretext of reasons that are not lawful reasons for termination under the ADA and the Rehabilitation Act.

**COUNT II**
**VIOLATION OF PENNSYLVANIA HUMAN RELATIONS**
**DISABILITY DISCRIMINATION**
**(43 P.S. § 951, et seq.)**

18.     Plaintiff incorporates the preceding paragraphs as if fully set forth at length herein.

19.     At all times material hereto, and pursuant to the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq, an employer may not discriminate against an employee as a result of that employee's disability.

20.      Plaintiff is a qualified employee and person within the definition of Pennsylvania Human Relations Act, 43 P.S. § 951, et seq.

Case ID: 230502189

21.    Defendant is Plaintiff's "employer" and thereby subject to the strictures of the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq.

22.    Defendant's conduct in terminating Plaintiff is an adverse action, was taken as a result of her disability and constitutes a violation of the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq.

23.    As a proximate result of Defendant's conduct, Plaintiff sustained significant damages, including but not limited to: great economic loss, future lost earning capacity, lost opportunity, loss of future wages, loss of front pay, loss of back pay, as well as emotional distress, mental anguish, humiliation, pain and suffering, consequential damages and Plaintiff has also sustained work loss, loss of opportunity and a permanent diminution of her earning power and capacity and a claim is made therefore.

24.    As a result of the conduct of Defendant's owners/management, Plaintiff hereby demands punitive damages.

25.    Pursuant to the Pennsylvania Human Relations Act, 43 P.S. § 951, et seq., Plaintiff demands attorney's fees and court costs.

**WHEREFORE,** Plaintiff, Jennifer Kieu, demands judgment in her favor and against Defendant, Boonswang Law Firm, in an amount in excess of $150,000.00 together with:

A.   Compensatory damages, including but not limited to: back pay, front pay, past lost wages, future lost wages. Lost pay increases, lost pay incentives, lost opportunity, lost benefits, lost future earning capacity, injury to reputation, mental and emotional distress, pain and suffering

B.   Punitive damages;

C.   Attorneys' fees and costs of suit;

5

Case ID: 230502189

D. Interest, delay damages; and,

E. Any other further relief this Court deems just proper and equitable.

**LAW OFFICES OF ERIC A. SHORE, P.C.**

Date: August 9, 2023          BY:      /s/ Briana Lynn Pearson, Esquire

BRIANA LYNN PEARSON, ESQUIRE
(P.A. ID 327007)
Two Penn Center, Suite 1240
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Telephone: 215-944-6113
Telefax: 215-627-9426
Email: brianap@ericshore.com
*Attorney for Plaintiff, Jennifer Kieu*

6

**FILED**
11 AUG 2023 01:55 pm
**Civil Administration**
B. KOCH

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

Jennifer Kieu                              :
                    v.                     :              Case No. 230502189
                                           :
Boonswang Law Firm                         :

CASE MANAGEMENT CONFERENCE MEMORANDUM
CASE MANAGEMENT

Filing party: Jennifer Kieu                    by: Briana Pearson                    , Esquire

Counsel's address and telephone number: Law Offices of Eric Shore

215-944-6113                              2 Penn Center, Suite 1240 · 1500 JFK Boulevard
brianap@ericshore.com                     Philadelphia, PA 19102

1.   Date of contract or transaction dates: 2022

2.   Date of birth of your individual client: _____

                    _____N/A   _____Unknown   __x__ Decline to provide

*NOTE: Date of birth information is intended for the Court's use only. The information will not be made available to the public.*

3.   Is there a writing?                                    ___ yes   x  no

     If yes, is there an allegation that the writing does not contain
     the entire agreement of the parties?                   ___ yes   x  no

4.   Is the Uniform Commercial Code applicable to this case?   ___ yes   x no

5.   Describe the nature of the conduct alleged as giving rise to the cause of action or, if defense, the
     nature of the defense:
     Plaintiff disclosed to Defendant her multiple medical conditions and the need for her to attend doctor
     appointments during her lunch breaks. Shortly after disclosing her medical conditions, Defendant
     commenced efforts to manage Plaintiff out of her position.Less than three months following this
     disclosure, Plaintiff was terminated under pretextual
     reasons.

6.   State the amount of the damages claimed by Plaintiff and explain how damages are calculated:
     (a)   Direct          Plaintiff claims approximately $60,000.00 in current and future lost wages
     (b)   Consequential   Plaintiff claims $50,000 in compensatory damages and $50,000 in attorney's
                           fees
     (c)   Other (specify) _____

7.   Is there a counterclaim?                                    _____yes   _x_ no

If yes, state the basis of the claim (e.g., contract, tortious interference, etc.).

_____

_____

_____

This form shall be presented to the Case Manager and copies served upon all parties at the Case Management Conference by counsel prepared to discuss its contents.

8.   State the amount of damages sought in the counterclaim:
     a.   Direct          _____
     b.   Consequential _____
     c.   Other (specify) _____

9.   List five (or more) acceptable          Judges Pro Tem for mandatory settlement
     conference purposes:
                              Plaintiff is open to any of the available  Judges Pro Tem
     _____

     _____

     _____

     _____

     _____

8(a).   Discuss whether and when early Mediation would be worthwhile:
     _____

          Plaintiff is open the early mediation
     _____

     _____

10.  Are there related case(s)?        _____yes  x___no.
     If yes, identify:

     _____

     _____

     _____

11.   Identify applicable insurance coverage and note if there are insurance coverage issues:

_____unknown_____

_____

_____

12.   Identify anticipated areas of expert testimony:

_____

_____Emotional Distress/ Plaintiff's need for an accommodation_____

_____

13.   Requested Track:  Expedited (13 months)  Standard (18 months) Complex (24 months).

14.   Additional Comments (if any):         N/A

_____

_____

_____

_____

15.   Is this __x__ Jury or _____ Non-Jury matter?

16.   Demand: $ ___160,000.00_____         Offer: $ _____

FORM 01-111 rev 8/29/17

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL


BOONSWANG LAW FIRM
1500 SANSOM ST No.200
PHILADELPHIA, PA 19102


KIEU VS BOONSWANG LAW FIRM
230502189

SCHEDULING ORDER


AND NOW, AUGUST 02, 2023, it is hereby Ordered that:

1. A Case Management Conference is scheduled for August 14, 2023, at 11:00 A.M., using Zoom video conferencing.

2. Counsel and/or self-represented parties shall access the Case Management Conference through Zoom link posted on the following website under "Common Pleas-Civil Remote Hearing Information:"

https://www.courts.phila.gov/remote-hearings/

Scroll down within the section "Remote Hearing Information by Court Event Type" under "General Program Hearings" to "Case Management Conference." The Zoom link may be updated periodically, so use the Zoom link that is present on the date of the Conference.

3. Counsel for Plaintiff is directed to serve a copy of this Order on any unrepresented party and any attorney entering an appearance subsequent to the issuance of this Order.

4. Failure to file a Complaint or effectuate service of process prior to the conference date may result in the issuance of a Rule to Show Cause.

5. Five (5) days prior to the Case Management Conference date, all parties are required to electronically file with the Court and serve upon all opposing counsel and/or opposing parties not electronically served by the court a fully completed Case Management Memorandum.

SCHEDULING ORDER – Page 2

KIEU VS BOONSWANG LAW FIRM
230502189


Failure to timely file a Case Management Memorandum may result in monetary sanctions. To electronically file the Case Management Memorandum, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Management Memorandum" as the filing type. Any party not registered with the electronic filing system ("EFS") may submit the memorandum via e-mail or USPS first class mail:
CivilCaseManagement@courts.phila.gov
Civil Case Management Conference Center
613 City Hall
Philadelphia PA 19107

6. This conference will be conducted by a Civil Case Manager who shall act on behalf of the Honorable DANIEL ANDERS.

7. Counsel must be prepared to address all relevant issues concerning venue, service of process, pleadings, discovery, possible joinder of additional parties, theories of liability or defenses, and damages claimed.

8. At the conclusion of the conference a Case Management Order shall be entered which shall govern the case.

9. If the case settles prior to the conference, electronically file a settlement letter. To file the letter electronically, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Settlement Letter" as the document type.

10. Please direct any questions concerning this Order and its contents to CivilCaseManagement@courts.phila.gov or to 215-686-5135 or 215-686-3710.

11. Click the following link to access important documents related to the scheduled event:
http://www.courts.phila.gov/pdf/forms/civil/CMC-105.pdf


                                    OFFICE OF THE DEPUTY
                                    COURT ADMINISTRATOR

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MAY 2023**

E-Filing Number: 2305049673

02189

**PLAINTIFF'S NAME**
JENNIFER KIEU

**DEFENDANT'S NAME**
BOONSWANG LAW FIRM

**PLAINTIFF'S ADDRESS**
1342 WAGNER AVE, APT 2F
PHILADELPHIA PA 19141

**DEFENDANT'S ADDRESS**
1500 SANSOM ST #200
PHILADELPHIA PA 19102

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal <br> ☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**

☐ $50,000.00 or less
☒ More than $50,000.00

**COURT PROGRAMS**

☐ Arbitration      ☐ Mass Tort          ☐ Commerce          ☐ Settlement
☒ Jury             ☐ Savings Action     ☐ Minor Court Appeal ☐ Minors
☐ Non-Jury         ☐ Petition           ☐ Statutory Appeals  ☐ W/D/Survival
☐ Other:

**CASE TYPE AND CODE**

1E - EMPLOYMENT, WRONGFUL DISCHARGE

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED
PRO PROTHY**

MAY **22** 2023

**G. IMPERATO**

IS CASE SUBJECT TO
COORDINATION ORDER?
YES          NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JENNIFER KIEU

Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**
BRIANA PEARSON

**ADDRESS**
1500 JFK BLVD
SUITE 1240
PHILADELPHIA PA 19102

**PHONE NUMBER**
(215)944-6113

**FAX NUMBER**
(856)229-9991

**SUPREME COURT IDENTIFICATION NO.**
327007

**E-MAIL ADDRESS**
brianap@ericshore.com

**SIGNATURE OF FILING ATTORNEY OR PARTY**
BRIANA PEARSON

**DATE SUBMITTED**
Monday, May 22, 2023, 09:46 am

FINAL COPY (Approved by the Prothonotary Clerk)

Court of Common Pleas of Philadelphia
County Trial Division

# Civil Cover Sheet

| For Office of Judicial Records Use Only (Docket Number) |
|---|

**Filed and Attested by the Office of Judicial Records 22 MAY 2023 09:46 am G. IMPERATO**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Jennifer Kieu○ | Boonswang Law Firm |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| Philadelphia, PA 19141 | 1500 Sansom St #200, Philadelphia, PA 19102 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal <br> ☑ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less <br> ☑ More than $50,000.00 | ☐ Arbitration <br> ☑ Jury <br> ☐ Non-Jury <br> ☐ Other: _____ | ☐ Mass Tort <br> ☐ Savings Action <br> ☐ Petition | ☐ Minor Court Appeal <br> ☐ Statutory Appeals <br> ☐ Commerce (Completion of Addendum Required) | ☐ Settlement <br> ☐ Minors <br> ☐ W/D/Survival |

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**

1E: Employment, wrongful discharge

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| _____ <br> _____ <br> _____ | Yes  No <br> ☐  ☐ <br> ☐  ☐ <br> ☐  ☐ |

**TO THE OFFICE OF JUDICIAL RECORDS:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| BRIANA PEARSON | 1500 JFK BLVD., SUITE 1240 PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)944-6113 | (856)229-9991 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 327007 | brianap@ericshore.com |

| SIGNATURE | DATE |
|---|---|
| /s/ BRIANA PEARSON, ESQ. | 05/22/2023 |

01-101 (Rev. 8/2014)

Case ID: 230502189

# Instructions for Completing Civil Cover Sheet

Rules of Court require that a Civil Cover Sheet be attached to any document commencing an action (whether the action is commenced by Complaint, Writ of Summons, Notice of Appeal, or by Petition). The information requested is necessary to allow the Court to properly monitor, control and dispose cases filed. A copy of the Civil Cover Sheet must be attached to service copies of the document commencing an action. The attorney or non-represented party filing a case shall complete the form as follows:

**A. Parties**

  *i. Plaintiffs/Defendants*
  Enter names (last, first, middle initial) of plaintiff, petitioner or appellant ("plaintiff") and defendant. If the plaintiff or defendant is a government agency or corporation, use the full name of the agency or corporation. In the event there are more than three plaintiffs and/or three defendants, list the additional parties on the Supplemental Parties Form. Husband and wife are to be listed as separate parties.

  *ii. Parties' Addresses*
  Enter the address of the parties at the time of filing of the action. If any party is a corporation, enter the address of the registered office of the corporation.

  *iii. Number of Plaintiffs/Defendants:* Indicate the total number of plaintiffs and total number of defendants in the action.

**B. Commencement Type:** Indicate type of document filed to commence the action.

**C. Amount in Controversy:** Check the appropriate box.

**D. Court Program:** Check the appropriate box.

**E. Case Types:** Insert the code number and type of action by consulting the list set forth hereunder. To perfect a jury trial, the appropriate fees must be paid as provided by rules of court.

**Proceedings Commenced by Appeal**

Minor Court
  5M  Money Judgment
  5L  Landlord and Tenant
  5D  Denial Open Default Judgment
  5E  Code Enforcement
        Other:
Local Agency
  5B  Motor Vehicle Suspension - Breathalizer
  5V  Motor Vehicle Licenses, Inspections, Insurance
  5C  Civil Service
  5K  Philadelphia Parking Authority
  5Q  Liquor Control Board
  5R  Board of Revision of Taxes
  5X  Tax Assessment Boards
  5Z  Zoning Board
  52  Board of View
  51  Other:
Other:

**Proceedings Commenced by Petition**
  8P  Appointment of Arbitrators
  8C  Name Change - Adult
  8L  Compel Medical Examination
  8D  Eminent Domain
  8E  Election Matters
  8F  Forfeiture
  8S  Leave to Issue Subpoena
  8M  Mental Health Proceedings
  8G  Civil Tax Case - Petition
  Other:

*Actions Commenced by Writ of Summons or Complaint*

Contract
  1C  Contract
  1T  Construction
  1O  Other:
Tort
  2B  Assault and Battery
  2L  Libel and Slander
  4F  Fraud
  1J  Bad Faith
  2E  Wrongful Use of Civil Process
        Other:
Negligence
  2V  Motor Vehicle Accident
  2H  Other Traffic Accident
  1F  No Fault Benefits
  4M  Motor Vehicle Property Damage
  2F  Personal Injury - FELA
  2O  Other Personal Injury
  2S  Premises Liability - Slip & Fall
  2P  Product Liability
  2T  Toxic Tort
        *T1  Asbestos*
        *TZ  DES*
        *T2  Implant*
  3E  Toxic Waste
        Other:

Professional Malpractice
  2D  Dental
  4L  Legal
  2M  Medical
  4Y  Other:
  1G  Subrogation
Equity
  E1  No Real Estate
  E2  Real Estate
  1D  Declaratory Judgment
  M1  Mandamus
Real Property
  3R  Rent, Lease, Ejectment
  Q1  Quiet Title
  3D  Mortgage Foreclosure - Residential Owner Occupied
  3F  Mortgage Foreclosure - Not Residential Not Owner Occupied
  1L  Mechanics Lien
  P1  Partition
        Prevent Waste
  1V  Replevin
  1H  Civil Tax Case - Complaint
        Other:

**F. Commerce Program**
Commencing January 3, 2000 the First Judicial District instituted a Commerce Program for cases involving corporations and corporate law issues, in general. If the action involves corporations as litigants or is deemed a Commerce Program case for other reasons, please check this block AND complete the information on the "Commerce Program Addendum". For further instructions, see Civil Trial Division Administrative Docket 01 of 2000.

**G. Statutory Basis for Cause of Action**
If the action is commenced pursuant to statutory authority ("Petition Action"), the specific statute must be identified.

**H. Related Pending Cases**
All previously filed related cases, regardless of whether consolidated by Order of Court or Stipulation, must be identified.

**I. Plaintiff's Attorney**
The name of plaintiff's attorney must be inserted herein together with other required information. In the event the filer is not represented by an attorney, the name of the filer, address, the phone number and signature is required.

**The current version of the Civil Cover Sheet may be downloaded from the FJD's website**
**http://courts.phila.gov**

01-101 (Reverse)

Case ID: 230502189

THE LAW OFFICES OF ERIC A. SHORE
By:  Briana Lynn Pearson, Esquire
Attorney ID No. 327007
Two Penn Center, Suite 1240, 1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Phone: 215-627-9999
Fax: 215-627-9426
Email: brianap@ericshore.com
*Attorneys for Plaintiff*



*Filed and Attested by the
Office of Judicial Records
22 MAY 2023 09:46 am
G. IMPERATO*

| | | |
|---|---|---|
| Jennifer Kieu<br>Philadelphia, PA 19141 | : <br> : <br> : | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY |
| Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | No.: |
| Boonswang Law Firm<br>1500 Sansom St #200<br>Philadelphia, PA 19102 | : <br> : <br> : | |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly issue a Writ of Summons in the above captioned civil action.

               Respectfully requested,

               **LAW OFFICES OF ERIC A. SHORE**

BY: _____
               **BRIANA LYNN PEARSON, ESQUIRE**
               Two Penn Center
               1500 JFK Boulevard, Suite 1240
               Philadelphia, PA 19102
               *Attorney for Plaintiff*

Date: May 22, 2023

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 22 MAY 2023 09:46 am G. IMPERATO*

Jennifer Kieu

*Plaintiff*

:
:
:
:
:

COURT OF COMMON PLEAS

_____ Term, 20_____

vs.

:
:

No._____

Boonswang Law Firm

*Defendant*

:
:

To[1]

Boonswang Law Firm

1500 Sansom St #200

Philadelphia, PA 19102

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Jennifer Kieu

Philadelphia, PA 19141

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: ___05/22/2023___

230502189
22 MAY 2023 09:46 am
G. IMPERATO

10-208 (Rev. 6/14

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 230502189

# Court of Common Pleas

_____ Term, 20 _____

No. _____

Jennifer Kieu
_____
*Plaintiff*

vs.

Boonswang Law Firm
_____
*Defendant*

# SUMMONS

Case ID: 230502189